# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

LARISSA KAHRIC,

    Plaintiff,

v.                                                            Case No: 8:23-cv-1164-CEH-TGW

CHARTER COMMUNICATIONS
HOLDING COMPANY, LLC,

    Defendant.
_____

## ORDER

Upon consideration of the parties' Joint Stipulation for Dismissal with Prejudice (Doc. 18), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action has been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties. Accordingly, it is hereby

**ORDERED** that the above-captioned cause is **DISMISSED** with prejudice, with each party to bear its own attorneys' fees and costs. The Clerk is directed to terminate pending motions and deadlines, if any, and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on December 9, 2025.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties